PLAINTIFF'S EXHIBIT 1



| Consumer | Industry | Agency | Rules & Laws | Filings | Relay Texas |

Industry Information Telecommunications Market Directories Directory of Automatic Dial Announcing Devices - ADADs

# Directory of Automatic Dial Announcing Devices

This directory includes all ADADs that are currently doing business in Texas.

Enter the Name of the Company you wish to find.
For an alphabetical listing enter only the first letter of the company.

Enhanced Recovery

Search ADADs

**Automatic Dial Announcing Device**

ENHANCED RECOVERY COMPANY LLC

Site Policies - Sitemap - Texas Homeland Security - Ready.gov - Texas.gov - Texas Veterans - TRAIL - Website Support - Contact Us - Report Fraud, Waste or Abuse

The PUC makes extensive use of Adobe's Acrobat PDF format. Download a free copy of the Acrobat Reader here

© 2013 Public Utility Commission of Texas 1701 N. Congress Ave., PO Box 13326, Austin, TX 78711-3326
General Information: 512-936-7000 Email: web@puc.texas.gov E-Mail Subscriptions